Jeremy Johnson, State Bar No. 214989
jjohnson@bremerandwhyte.com
BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. Birch Street
Second Floor
Newport Beach, California 92660
Telephone: (949) 221-1000
Facsimile: (949) 221-1001

Attorneys for Defendants,
Uponor, Inc., and Radiant Technology, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carl Fielstra III and Krystal Fielstra on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Uponor, Inc., successor to Uponor North America, Inc. and Radiant Technology, Inc.,<br><br>Defendants. | Case No. 2:11-cv-00575-PA-JCG<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS, PURSUANT TO LOCAL RULES 83-1.4.1 THROUGH 83-1.4.3** |

Defendants Uponor, Inc. and Radiant Technology, Inc. submit the following Notice of Pendency of Other Actions or Proceedings, pursuant to Local Rules 83-1.4.1 through 83-1.4.3.

**Brief Description of Other Actions or Proceedings (Local Rule 83-1.4.3(a))**

The following is a description of the other actions or proceedings, pursuant to Local Rule 83-1.4.3(a):

(1) *In Re: Uponor/RTI F1807 Fitting Products Litigation*, MDL No. 2247, United States Judicial Panel on Multidistrict Litigation ("*MDL*");

(2) *John and Helen McGregor and Auto-Owners Insurance Company, as subrogee of North Anoka Plumbing, on behalf of themselves and all others similarly*

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS, PURSUANT TO LOCAL RULES 83-1.4.1 THROUGH 83-1.4.3

H:\3716\001\CF\Ntc.MDL.v2.doc

1 | *situated v. Uponor, Inc., successor to Uponor North America, Inc.*, 0:09-CV-01136,
2 | United States District Court for the District of Minnesota ("*McGregor*");
3 |   (3) *Charles Perrone, on behalf of himself and all others similarly situated v.*
4 | *Uponor, Inc., successor to Uponor North America, Inc., and Radiant Technology,*
5 | *Inc.*, 0:11-CV-00156, United States District Court for the District of Minnesota
6 | ("*Perrone*"); and
7 |   (4) *Steve and Kim Spina, on behalf of themselves and all others similarly*
8 | *situated v. Uponor, Inc., a successor to Uponor North America, Inc., and Radiant*
9 | *Technology, Inc.*, 6:11-CV-6076, United States District Court for the District of
10 | Oregon ("*Spina*").
11 |   (5) *Paul Roth and Lynn Roth*, on behalf of themselves and all others
12 | similarly situated v. Uponor, Inc., an Illinois corporation, Radiant Technology, Inc., a
13 | Delaware corporation, 2:11-cv-00705-PA-JCG, United States District Court for the
14 | Central District of California ("*Roth*").
15 | **Titles of Courts or Administrative Bodies in Other Actions or Proceedings**
16 | **(Local Rule 83-1.4.3(b))**
17 |   The following is the title of the court or administrative body in which the other
18 | actions or proceedings are pending, pursuant to Local Rule 83-1.4.3(b):
19 |   (1) *MDL*, United States Judicial Panel on Multidistrict Litigation;
20 |   (2) *McGregor*, United States District Court for the District of Minnesota;
21 |   (3) *Perrone*, United States District Court for the District of Minnesota;
22 |   (4) *Spina*, United States District Court for the District of Oregon; and
23 |   (5) *Roth*, United States District Court for the Central District of California.
24 | **Names of Parties or Participants in Other Actions or Proceedings Local Rule**
25 | **83-1.4.3(c)**
26 |   The following are the names of the parties or participants in the other actions
27 | or proceedings, pursuant to Local Rule 83-1.4.3(c):
28 |   (1) *MDL*

(a) *McGregor*, Plaintiffs John and Helen McGregor, and Auto-Owners Insurance Company, as subrogee of North Anoka Plumbing, on behalf of themselves and all others similarly situated; Defendants Uponor, Inc., successor to Uponor North America, Inc., and Radiant Technology, Inc.; Third-Party Plaintiffs Uponor, Inc. and Radiant Technology, Inc., and Third-Party Defendants Unique Industrial Product Company, and Duk San Metal Co., Ltd.

(b) *Perrone*, Plaintiff Charles Perrone, on behalf of himself and all others similarly situated, and Defendants Uponor, Inc., successor to Uponor North America, Inc., and Radiant Technology, Inc.

(c) *Spina*, Plaintiffs Steve Spina and Kim Spina, on behalf of themselves and all others similarly situated, and Defendants Uponor, Inc., successor to Uponor North America, Inc., and Radiant Technology, Inc.

(d) *Fielstra, et al. v. Uponor, Inc., successor to Uponor North America, Inc., et al.* (this action), Plaintiffs Carl Fielstra III and Krystal Fielstra on behalf of themselves and all others similarly situated, and Defendants Uponor, Inc., successor to Uponor North America, Inc. and Radiant Technology, Inc.

(e) *Roth et al. v. Uponor, Inc., et al.* (related action), Plaintiffs Paul Roth and Lynn Roth, on behalf of themselves and all others similarly situated, and Defendants Uponor, Inc. and Radiant Technology, Inc.

(2) *McGregor*

(a) Plaintiffs John and Helen McGregor, and Auto-Owners Insurance Company, as subrogee of North Anoka Plumbing, on behalf of themselves and all others similarly situated;

(b) Defendants Uponor, Inc., successor to Uponor North America, Inc., and Radiant Technology, Inc.;

(c) Third-Party Plaintiffs Uponor, Inc. and Radiant Technology, Inc.; and

///

1         (d)     Third-Party Defendants Unique Industrial Product Company, and Duk San Metal Co., Ltd.

    (3)   *Perrone*

        (a)     Plaintiff Charles Perrone, on behalf of himself and all others similarly situated; and

        (b)     Defendants Uponor, Inc., successor to Uponor North America, Inc., and Radiant Technology, Inc.

    (4)   *Spina*

        (a)     Plaintiffs Steve Spina and Kim Spina, on behalf of themselves and all others similarly situated; and

        (b)     Defendants Uponor, Inc., successor to Uponor North America, Inc., and Radiant Technology, Inc.

    (5)   *Roth*

        (a)     Plaintiffs Paul Roth and Lynn Roth, on behalf of themselves and all others similarly situated; and

        (b)     Defendants Uponor, Inc. and Radiant Technology, Inc.

**<u>Attorneys in Other Actions or Proceedings (Local Rule 83-1.4.3(d))</u>**

The following are the names, addresses and telephone numbers of the attorneys in the other actions or proceedings, pursuant to Local Rule 83-1.4.3(d):

    (1)   MDL

        (a)     Brendan Thompson

                  CUNEO GILBERT & LADUCA, LLP

                  507 C Street, N.E.

                  Washington, DC 20002

                  Phone: (202) 789-3960

                  E-Mail: brendant@cuneolaw.com

                  Counsel for Plaintiffs: John McGregor and Helen McGregor

                  Counsel for Plaintiff: Carl Fielstra, III and Krystal Fielstra

|     |     |                                                                          |
| --- | --- | ------------------------------------------------------------------------ |
| 1   | (b) | Charles J. LaDuca                                                        |
| 2   |     | CUNEO GILBERT & LADUCA, LLP                                              |
| 3   |     | 507 C Street, N.E.                                                       |
| 4   |     | Washington, DC 20002                                                     |
| 5   |     | Phone: (202) 789-3960                                                    |
| 6   |     | E-Mail: charlesl@cuneolaw.co m                                           |
| 7   |     | Counsel for Plaintiffs: John McGregor and Helen McGregor                 |
| 8   |     | Counsel for Plaintiff: Carl Fielstra, III and Krystal Fielstra           |
| 9   | (c) | David L. Black                                                           |
| 10  |     | PERKINS COIE LLP                                                         |
| 11  |     | 1899 Wynkoop Street, Suite 700                                           |
| 12  |     | Denver, CO 80202-1043                                                    |
| 13  |     | Phone: (303) 291-2300                                                    |
| 14  |     | E-Mail: dblack@perkinscoie.com                                           |
| 15  |     | Counsel for Plaintiffs: John McGregor and Helen McGregor                 |
| 16  | (d) | Michael A. McShane                                                       |
| 17  |     | AUDET & PARTNERS, LLP                                                    |
| 18  |     | 221 Main Street, Suite 1460                                              |
| 19  |     | San Francisco, CA 94105-1906                                             |
| 20  |     | Phone: (415) 568-2555                                                    |
| 21  |     | E-Mail: mmcshane@audetlaw.com                                            |
| 22  |     | Counsel for Plaintiffs: John McGregor and Helen McGregor                 |
| 23  |     | Counsel for Plaintiff: Carl Fielstra, III and Krystal Fielstra           |
| 24  | (e) | Robert K. Shelquist                                                      |
| 25  |     | LOCKRIDGE GRINDAL NAUEN, P.L.L.P.                                        |
| 26  |     | 100 Washington Avenue, South, Suite 2200                                 |
| 27  |     | Minneapolis, MN 55401-2197                                               |
| 28  |     | Phone: (612) 339-6900                                                    |

| | | |
|---|---|---|
| 1 | | E-Mail: rkshelquist@locklaw.com, |
| 2 | | Counsel for Plaintiffs: John McGregor and Helen McGregor |
| 3 | | Counsel for Plaintiff: Carl Fielstra, III and Krystal Fielstra |
| 4 | (f) | Shawn M. Raiter |
| 5 | | LARSON KING, LLP |
| 6 | | 2800 West Fargo Place |
| 7 | | 30 East 7th Street |
| 8 | | St. Paul, MN 55101 |
| 9 | | Phone: (877) 373-5501 |
| 10 | | E-Mail: sraiter@larsonking.com |
| 11 | | Counsel for Plaintiffs: John McGregor and Helen McGregor |
| 12 | | Counsel for Plaintiff: Carl Fielstra, III and Krystal Fielstra |
| 13 | (g) | T. Joseph Snodgrass |
| 14 | | LARSON KING, LLP |
| 15 | | 2800 West Fargo Place |
| 16 | | 30 East 7th Street |
| 17 | | St. Paul, MN 55101 |
| 18 | | Phone: (877) 373-5501 |
| 19 | | E-Mail: jsnodgrass@larsonking.com |
| 20 | | Counsel for Plaintiffs: John McGregor and Helen McGregor |
| 21 | (h) | Bradley D. Fisher |
| 22 | | FISHER, BREN & SHERIDAN |
| 23 | | 701 4th Avenue South |
| 24 | | Suite 610 |
| 25 | | Minneapolis, Minnesota 55414 |
| 26 | | Phone: (612) 332-0100 |
| 27 | | E-Mail: bfisher@fisherbren.com |
| 28 | /// | |

| | | |
|---|---|---|
| 1 | | Counsel for Defendants: Uponor, Inc. and Radiant Technology, Inc. |
| 2 | | |
| 3 | | Counsel for Third-Party Plaintiffs: Uponor, Inc. and Radiant Technology, Inc. |
| 4 | | |
| 5 | (i) | H. Miles Cohn |
| 6 | | SHEINESS, SCOTT, GROSSMAN & COH, L.L.P. |
| 7 | | 1001 McKinney |
| 8 | | Suite 1400 |
| 9 | | Houston, TX 77062-6420 |
| 10 | | Phone: (713) 374-7000 |
| 11 | | E-Mail: mcohn@hou-law.com |
| 12 | | Counsel for Third-Party Defendant: Unique Industrial Product Company |
| 13 | | |
| 14 | (j) | Timothy W. Waldeck |
| 15 | | WALDECK & LIND, P.A. |
| 16 | | 1400 TCF Tower |
| 17 | | 121 South Eighth Street |
| 18 | | Minneapolis, MN 55402 |
| 19 | | Phone: (612) 375-1550 |
| 20 | | E-Mail: twaldeck@waldecklind.com |
| 21 | | Counsel for Third-Party Defendant: Unique Industrial Product Company |
| 22 | | |
| 23 | (k) | John R. Neve |
| 24 | | NEVE LAW, PLLC |
| 25 | | 8500 Normandale Lake Blvd. |
| 26 | | Suite 1080 |
| 27 | | Minneapolis, MN 55437 |
| 28 | | Phone: (952) 929-3232 |

|   |   |   |
|---|---|---|
| 1 |   | E-Mail: jneve@nevewebb.com |
| 2 |   | Counsel for Third-Party Defendant: Duk San Metal Co., Ltd. |
| 3 | (l) | Brian C. Gudmundson |
| 4 |   | ZIMMERMAN REED, PLLP |
| 5 |   | 1100 IDS Center |
| 6 |   | 80 South Eighth Street |
| 7 |   | Minneapolis, MN 55402 |
| 8 |   | Phone: (612) 341-0400 |
| 9 |   | E-Mail: brian.gudmundson@zimmreed.com |
| 10 |   | Counsel for Plaintiff: Charles Perrone |
| 11 | (m) | David M. Cialkowski |
| 12 |   | ZIMMERMAN REED, PLLP |
| 13 |   | 1100 IDS Center |
| 14 |   | 80 South Eighth Street |
| 15 |   | Minneapolis, MN 55402 |
| 16 |   | Phone: (612) 341-0400 |
| 17 |   | E-Mail: david.cialkowski@zimmreed.com |
| 18 |   | Counsel for Plaintiff: Charles Perrone |
| 19 | (n) | J. Gordon Rudd, Jr. |
| 20 |   | ZIMMERMAN REED, PLLP |
| 21 |   | 1100 IDS Center |
| 22 |   | 80 South Eighth Street |
| 23 |   | Phone: (612) 341-0400 |
| 24 |   | Minneapolis, MN 55402 |
| 25 |   | E-Mail: gordon.rudd@zimmreed.com |
| 26 |   | Counsel for Plaintiff: Charles Perrone |
| 27 | (o) | Sarah J. Crooks |
| 28 |   | PERKINS COIE, LLP |

| | | |
|---|---|---|
| 1 | | 1120 NW Couch Street |
| 2 | | 10th Floor |
| 3 | | Portland, OR 97209-4128 |
| 4 | | Phone: (503) 727-2000 |
| 5 | | E-Mail: scrooks@perkinscoie.com |
| 6 | | Counsel for Plaintiffs: Steve Spina and Kim Spina |
| 7 | (p) | David H. Greenberg |
| 8 | | GREENBERG AND RUDMAN, LLP |
| 9 | | 6100 Wilshire Boulevard, Suite 1170 |
| 10 | | Los Angeles, CA 90048 |
| 11 | | Phone: (323) 782-0500 |
| 12 | | E-Mail: dgreenberg@caltrialpros.com |
| 13 | | Counsel for Plaintiff: Carl Fielstra, III and Krystal Fielstra |
| 14 | (q) | Jeremy S. Johnson |
| 15 | | BREMER, WHYTE, BROWN AND O'MEARA |
| 16 | | 20320 S. W. Birch Street |
| 17 | | 2nd Floor |
| 18 | | Newport Beach, CA 92660 |
| 19 | | Phone: (949) 221-1000 |
| 20 | | E-Mail: jjohnson@bremerandwhyte.com |
| 21 | | Counsel for Defendants: Uponor, Inc. and Radiant Technology, |
| 22 | | Inc. |
| 23 | (r) | David M. Birka-White |
| 24 | | Mindy M. Wong |
| 25 | | LAW OFFICES OF BIRKA-WHITE |
| 26 | | 411 Hartz Avenue |
| 27 | | Suite 200 |
| 28 | | Danville, CA 94526 |

| | | |
|---|---|---|
| 1 | | Phone: (866) 474-9999 |
| 2 | | E-Mail: dbw@birka-white.com |
| 3 | | mwong@birka-white.com |
| 4 | | Counsel for Plaintiffs: Paul Roth and Lynn Roth |
| 5 | (s) | Michael F. Ram |
| 6 | | RAM, OLSON, CEREGHINO AND KOPZYNSKI, LLP |
| 7 | | 555 Montgomery Street |
| 8 | | Suite 820 |
| 9 | | San Francisco, CA 94111 |
| 10 | | Phone: (415) 433-4949 |
| 11 | | E-Mail: mram@ramolson.com |
| 12 | | Counsel for Plaintiffs: Paul Roth and Lynn Roth |
| 13 | (t) | John R. Schleiter |
| 14 | | Howard L. Lieber |
| 15 | | Kathleen A. Reid |
| 16 | | Lindsay E. Dansdill |
| 17 | | Grotefeld Hoffmann Schleiter Gordon & Ochoa, LLP |
| 18 | | 311 South Wacker Drive, Suite 4500 |
| 19 | | Chicago, Illinois 60606 |
| 20 | | Phone: (312) 551-0200 (Telephone) |
| 21 | | jschleiter@ghlaw-llp.com |
| 22 | | hlieber@ghlaw-llp.com |
| 23 | | kreid@ghlaw-llp.com |
| 24 | | ldansdill@ghlaw-llp.com |
| 25 | | Counsel for Defendants: Uponor, Inc. and Radiant Technology, |
| 26 | | Inc. |
| 27 | (2) | *McGregor* |
| 28 | (a) | Brendan Thompson |

|    |     |                                                              |
|----|-----|--------------------------------------------------------------|
| 1  |     | CUNEO GILBERT & LADUCA, LLP                                  |
| 2  |     | 507 C Street, N.E.                                           |
| 3  |     | Washington, DC 20002                                         |
| 4  |     | Phone: (202) 789-3960                                        |
| 5  |     | E-Mail: brendant@cuneolaw.com                                |
| 6  |     | Counsel for Plaintiffs: John McGregor and Helen McGregor     |
| 7  | (b) | Charles J. LaDuca                                            |
| 8  |     | CUNEO GILBERT & LADUCA, LLP                                  |
| 9  |     | 507 C Street, N.E.                                           |
| 10 |     | Washington, DC 20002                                         |
| 11 |     | Phone: (202) 789-3960                                        |
| 12 |     | E-Mail: charlesl@cuneolaw.com                                |
| 13 |     | Counsel for Plaintiffs: John McGregor and Helen McGregor     |
| 14 | (c) | David L. Black                                               |
| 15 |     | PERKINS COIE LLP                                             |
| 16 |     | 1899 Wynkoop Street, Suite 700                               |
| 17 |     | Denver, CO 80202-1043                                        |
| 18 |     | Phone: (303) 291-2300                                        |
| 19 |     | E-Mail: dblack@perkinscoie.com                               |
| 20 |     | Counsel for Plaintiffs: John McGregor and Helen McGregor     |
| 21 | (d) | Michael A. McShane                                           |
| 22 |     | AUDET & PARTNERS, LLP                                        |
| 23 |     | 221 Main Street, Suite 1460                                  |
| 24 |     | San Francisco, CA 94105-1906                                 |
| 25 |     | Phone: (415) 568-2555                                        |
| 26 |     | E-Mail: mmcshane@audetlaw.com                                |
| 27 |     | Counsel for Plaintiffs: John McGregor and Helen McGregor     |
| 28 | (e) | Robert K. Shelquist                                          |

NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS, PURSUANT TO LOCAL RULES 83-1.4.1 THROUGH 83-1.4.3

H:\3716\001\CF\Ntc.MDL.v2.doc

| | | |
|---|---|---|
| 1 | | LOCKRIDGE GRINDAL NAUEN, P.L.L.P. |
| 2 | | 100 Washington Avenue, South, Suite 2200 |
| 3 | | Minneapolis, MN 55401-2197 |
| 4 | | Phone: (612) 339-6900 |
| 5 | | E-Mail: rkshelquist@locklaw.com, |
| 6 | | Counsel for Plaintiffs: John McGregor and Helen McGregor |
| 7 | (f) | Shawn M. Raiter |
| 8 | | LARSON KING, LLP |
| 9 | | 2800 West Fargo Place |
| 10 | | 30 East 7th Street |
| 11 | | St. Paul, MN 55101 |
| 12 | | Phone: (877) 373-5501 |
| 13 | | E-Mail: sraiter@larsonking.com |
| 14 | | Counsel for Plaintiffs: John McGregor and Helen McGregor |
| 15 | (g) | T. Joseph Snodgrass |
| 16 | | LARSON KING, LLP |
| 17 | | 2800 West Fargo Place |
| 18 | | 30 East 7th Street |
| 19 | | St. Paul, MN 55101 |
| 20 | | Phone: (877) 373-5501 |
| 21 | | E-Mail: jsnodgrass@larsonking.com |
| 22 | | Counsel for Plaintiffs: John McGregor and Helen McGregor |
| 23 | (h) | Bradley D. Fisher |
| 24 | | FISHER, BREN & SHERIDAN |
| 25 | | 701 4th Avenue South |
| 26 | | Suite 610 |
| 27 | | Minneapolis, Minnesota 55414 |
| 28 | | Phone: (612) 332-0100 |

12

NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS, PURSUANT TO LOCAL RULES 83-1.4.1 THROUGH 83-1.4.3

H:\3716\001\CF\Ntc.MDL.v2.doc

E-Mail: bfisher@fisherbren.com

Counsel for Defendants: Uponor, Inc. and Radiant Technology, Inc.

Counsel for Third-Party Plaintiffs: Uponor, Inc. and Radiant Technology, Inc.

(i) H. Miles Cohn

SHEINESS, SCOTT, GROSSMAN & COH, L.L.P.

1001 McKinney

Suite 1400

Houston, TX 77062-6420

Phone: (713) 374-7000

E-Mail: mcohn@hou-law.com

Counsel for Third-Party Defendant: Unique Industrial Product Company

(j) Timothy W. Waldeck

WALDECK & LIND, P.A.

1400 TCF Tower

121 South Eighth Street

Minneapolis, MN 55402

Phone: (612) 375-1550

E-Mail: twaldeck@waldecklind.com

Counsel for Third-Party Defendant: Unique Industrial Product Company

(k) John R. Neve

NEVE LAW, PLLC

8500 Normandale Lake Blvd.

Suite 1080

Minneapolis, MN 55437

NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS, PURSUANT TO LOCAL RULES 83-1.4.1 THROUGH 83-1.4.3

H:\3716\001\CF\Ntc.MDL.v2.doc

| | | | |
|---|---|---|---|
| 1 | | | Phone: (952) 929-3232 |
| 2 | | | E-Mail: jneve@nevewebb.com |
| 3 | | | Counsel for Third-Party Defendant: Duk San Metal Co., Ltd. |
| 4 | | (l) | John R. Schleiter |
| 5 | | | Howard L. Lieber |
| 6 | | | Kathleen A. Reid |
| 7 | | | Lindsay E. Dansdill |
| 8 | | | Grotefeld Hoffmann Schleiter Gordon & Ochoa, LLP |
| 9 | | | 311 South Wacker Drive, Suite 4500 |
| 10 | | | Chicago, Illinois 60606 |
| 11 | | | Phone: (312) 551-0200 (Telephone) |
| 12 | | | jschleiter@ghlaw-llp.com |
| 13 | | | hlieber@ghlaw-llp.com |
| 14 | | | kreid@ghlaw-llp.com |
| 15 | | | ldansdill@ghlaw-llp.com |
| 16 | | | Counsel for Defendants: Uponor, Inc. and Radiant Technology, Inc. |
| 17 | | | |
| 18 | | | Counsel for Third-Party Plaintiffs: Uponor, Inc. and Radiant Technology, Inc. |
| 19 | | | |
| 20 | (3) | | *Perrone* |
| 21 | | (a) | Brian C. Gudmundson |
| 22 | | | ZIMMERMAN REED, PLLP |
| 23 | | | 1100 IDS Center |
| 24 | | | 80 South Eighth Street |
| 25 | | | Minneapolis, MN 55402 |
| 26 | | | Phone: (612) 341-0400 |
| 27 | | | E-Mail: brian.gudmundson@zimmreed.com |
| 28 | | | Counsel for Plaintiff: Charles Perrone |

| | | | |
|---|---|---|---|
| 1 | | | 1120 NW Couch Street |
| 2 | | | 10th Floor |
| 3 | | | Portland, OR 97209-4128 |
| 4 | | | Phone: (503) 727-2000 |
| 5 | | | E-Mail: scrooks@perkinscoie.com |
| 6 | | | Counsel for Plaintiffs: Steve Spina and Kim Spina |
| 7 | (5) | *Roth* | |
| 8 | | (a) | Michael F. Ram |
| 9 | | | RAM, OLSON, CEREGHINO AND KOPZYNSKI, LLP |
| 10 | | | 555 Montgomery Street |
| 11 | | | Suite 820 |
| 12 | | | San Francisco, CA 94111 |
| 13 | | | Phone: (415) 433-4949 |
| 14 | | | E-Mail: mram@ramolson.com |
| 15 | | | Counsel for Plaintiffs: Paul Roth and Lynn Roth |
| 16 | | (b) | David M. Birka-White |
| 17 | | | Mindy M. Wong |
| 18 | | | LAW OFFICES OF BIRKA-WHITE |
| 19 | | | 411 Hartz Avenue |
| 20 | | | Suite 200 |
| 21 | | | Danville, CA 94526 |
| 22 | | | Phone: (866) 474-9999 |
| 23 | | | E-Mail: dbw@birka-white.com |
| 24 | | | mwong@birka-white.com |
| 25 | | | Counsel for Plaintiffs: Paul Roth and Lynn Roth |
| 26 | | (c) | Jeremy S. Johnson |
| 27 | | | BREMER, WHYTE, BROWN AND O'MEARA |
| 28 | | | 20320 S. W. Birch Street |

NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS, PURSUANT TO LOCAL RULES 83-1.4.1 THROUGH 83-1.4.3

H:\3716\001\CF\Ntc.MDL.v2.doc

| | |
|---|---|
| 1 | 2nd Floor |
| 2 | Newport Beach, CA 92660 |
| 3 | Phone: (949) 221-1000 |
| 4 | E-Mail: jjohnson@bremerandwhyte.com |
| 5 | Counsel for Defendants: Uponor, Inc. and Radiant Technology, |
| 6 | Inc. |

**Brief Factual Statement (Local Rule 83-1.4.3(e))**

8 · The following is a brief factual statement setting forth how this action involves all or a material part of the subject matter of such other actions or proceedings, pursuant to Local Rule 83-1.4.3(e):

The *MDL* action involves a motion brought by Uponor, Inc. and Radiant Technology, Inc. to transfer this action, the *Roth* action, the *McGregor* action, the *Perrone* action, and the *Spina* action to the United States District Court for the District of Minnesota, before the Honorable Ann Montgomery. This motion was brought on the grounds that litigating these cases in numerous federal court venues throughout the country will be a significant and unnecessary drain on the resources of the judiciary and the parties, and expose the parties to potentially conflicting and contradictory ruling by the courts sitting in multiple jurisdictions.

The five putative class actions at issue, including this action, involve the alleged premature failure of plumbing fittings utilized in residential potable water plumbing systems. These fittings are used to form connections in plumbing systems using polyethylene piping. The brass fittings are identified by an industry standard known as ASTM F1807. The fittings at issue in these lawsuits were to be designed and manufactured in compliance with that F1807 standard, and are marked with the F1807 designation. The plaintiffs in these five actions have alleged premature failure of these fittings due to either of two metallurgical phenomena: stress corrosion cracking or dezincification. The various complaints allege that failure of the F1807 fittings caused property damage and out of pocket expenses. Accordingly, this

1 action involves all or a material part of the subject matter of such other actions or
2 proceedings.
3 Dated: April 11, 2011

BREMER WHYTE BROWN & O'MEARA LLP

By: /s/ Jeremy Johnson
Jeremy Johnson
Attorneys for Defendants
Uponor, Inc., and Radiant Technology, Inc.

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 20320 S.W. Birch Street, Second Floor, Newport Beach, California 92660.

On April 11, 2011, I served the within document(s) described as:

NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS, PURSUANT TO LOCAL RULES 83-1.4.1 THROUGH 83-1.4.3

on the interested parties in this action as stated on the attached mailing list.

[X] (BY ELECTRONIC SERVICE) Complying with Code of Civil Procedure § 1010, I caused such document(s) to be Electronically Filed and Served through the _ for the above-entitled case. Upon completion of transmission of said document(s), a filing receipt is issued to the filing party acknowledging receipt, filing and service by 's system. A copy of the filing receipt page will be maintained with the original document(s) in our office.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 11, 2011, at Newport Beach, California.

I declare under penalty of perjury that the foregoing is true and correct.

Deborah Hernandez
(Type or print name)

(Signature)

1

H:\3716\001\POS.doc

<u>Fielstra v. Uponor, Inc.</u>

Case No. CV-11-00575 PA (JCGx)

**BWB&O CLIENT:** Uponor, Inc.
**BWB&O FILE NO.:** 3716.001

## SERVICE LIST

| | | |
|---|---|---|
| Uponor, Inc.<br>Howard Lieber<br>GROTEFELD HOFFMANN SCHLEITER GORDON & OCHOA<br>311 S. Wacker, Suite 4500<br>Chicago, IL 60606<br><br>312-551-0200<br>hlieber@ghlaw-llp.com<br><br>Personal counsel for Uponor, Inc. | David H. Greenberg<br>GREENBERG & RUDMAN LLP<br>6100 Wilshire Blvd., Suite 1170<br>Los Angeles, CA 90048<br><br>323-782-0500<br>323-782-0543 fax<br><br>Attorneys for Plaintiffs | Shawn M. Raiter<br>LARSON KING<br>2800 Wells Fargo Place<br>30 East 7th Street<br>St. Paul, MN 55101<br><br>651-312-6500<br>sraiter@larsonking.com<br><br>Attorneys for Plaintiffs |
| Robert K. Shelquist<br>LOCKRIDGE GRINDAL NAUEN<br>100 Washington Ave. South<br>Suite 2200<br>Minneapolis, MN 55401-2197<br><br>612-339-6900<br>rshelquist@locklaw.com<br><br>Attorneys for Plaintiffs | Michael A. McShane<br>AUDET & PARTNERS<br>221 Main Street, Suite 1460<br>San Francisco, CA 94105-1906<br><br>415-568-2555<br>mmcshane@audetlaw.com | Charles J. LaDuca<br>CUNEO GILBERT & LADUCA<br>507 C Street, N.E.<br>Washington, DC 20002<br><br>202-789-3960<br>charlesl@cuneolaw.com<br><br>Attorneys for Plaintiffs |
| David L. Black<br>PERKINS COIE<br>1899 Wynkoop Street, Suite 700<br>Denver, CO 80202-1043<br><br>303-291-2309<br>dblack@perkinscoie.com<br><br>Attorneys for Plaintiffs | | |

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

2

H:\3716\001\POS.doc